UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PAUL R. STAFFORD, SR.,

    Petitioner,

                                               Case No. 1:10-cv-340

v.

                                               HONORABLE PAUL L. MALONEY

HARVEY LAPPEN,

    Respondent.
_____/


## AMENDED JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date: November 17, 2010                                         /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge